

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

CASE NO. 00-0206-CIV-MOORE

ELIAN GONZALEZ, a minor, by and through
LAZARO GONZALEZ, as next friend, or,
alternatively as temporary legal custodian of
ELIAN GONZALEZ, a minor,

    Appellant/Plaintiff,

v.

JANET RENO, Attorney General of the United
States; DORIS MEISSNER, Commissioner,
Immigration and Naturalization Service;
ROBERT WALLIS, District Director,
Immigration and Naturalization Service;
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE; and
UNITED STATES DEPARTMENT OF JUSTICE,

    Appellees/Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit this Court's final order of dismissal entered in this cause on March 21, 2000, and rendered on the same date. A copy of the Order is attached hereto.

    DATED this 21st day of March, 2000.

1



Respectfully submitted,

HACKLEY, BERNSTEIN & OSBERG-BRAUN, P.L.
Co-Counsel for Elian Gonzalez and Lazaro Gonzalez
2875 N.E. 191ST Street, PH 1B
Aventura, FL 33180
Telephone:   (305) 692-8888
Facsimile:   (305) 692-8838
    By:   LINDA OSBERG-BRAUN
        Florida Bar No. 0827282
        ROGER A. BERNSTEIN
        Florida Bar No. 0968714

GREENBERG TRAURIG, P.A.
Co-counsel for Elian Gonzalez and Lazaro Gonzalez
1221 Brickell Avenue
Miami, FL 33131
Telephone:   (305) 579-0500
Facsimile:   (305) 579-0717
    By:   BARBARA LAGOA
        Florida Bar No. 966990
        JUDD J. GOLDBERG
        Florida Bar No. 0115924

RUDEN, McCLOSKY, SMITH, SCHUSTER &
    RUSSELL, P.A.
Co-counsel for Elian Gonzalez and Lazaro Gonzalez
701 Brickell Avenue
Miami, FL 33131
Telephone:   (305) 789-2700
Facsimile:   (305) 789-2793
    By:   JOSE GARCIA PEDROSA
        Florida Bar No. 0137115

LAW OFFICES OF SPENCER EIG
Co-counsel for Elian Gonzalez and Lazaro Gonzalez
420 Lincoln Road, Suite 379
Miami Beach, Florida 33139
Telephone:   (305) 672-2770
Facsimile:   (305) 672-3770
    By:   SPENCER EIG
        Florida Bar No. 0162681

COFFEY, DIAZ & O'NAGHTEN, L.L.P.
Co-counsel for Elian Gonzalez and Lazaro Gonzalez
2655 South Bayshore Drive, Suite 200
Miami, FL 33133
Telephone:   (305) 385-0800
Facsimile:   (305) 285-0257

By: _____
KENDALL COFFEY
Florida Bar No. 259861

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing was mailed this 21st day of March, 2000 to: WILLIAM J. HOWARD, ESQ., Senior Litigation Counsel, U. S. Department of Justice, Office of Immigration Litigation, Civil Division, P. O. Box 878, Ben Franklin Station, Washington, D.C. 20044; HON. THOMAS SCOTT and DEXTER A. LEE, ESQ., U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132 and to ELLSWORTH W. HOPPE, JR., ESQ., 66 W. Flagler Street, Miami, Florida 33130.

_____
KENDALL COFFEY