UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-206-CV-MOORE
Magistrate Judge O'Sullivan

ELIAN GONZALEZ, a minor, by and through
LAZARO GONZALEZ, as next friend, or
alternatively, as temporary legal custodian,

    Plaintiff,

v.

JANET RENO, Attorney General Of The United
States; DORIS MEISSNER, Commissioner,
United States Immigration And Naturalization
Service; ROBERT WALLIS, District Director,
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE; UNITED
STATES IMMIGRATION AND
NATURALIZATION SERVICE; and UNITED
STATES DEPARTMENT OF JUSTICE,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR HIS EMERGENCY MOTION FOR RELIEF FROM JUDGMENT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

COMES NOW the Plaintiff, ELIAN GONZALEZ, a minor, by and through LAZARO GONZALEZ, as next friend, or alternatively, as temporary legal custodian, pursuant to Rule 7.1 (C)(2) of the Local Rules of this Court and moves this Court for entry of an Order granting permission to exceed the twenty page limit and as grounds therefore states as follows:

1. As set forth in the accompanying Emergency Motion, Plaintiff has learned of compelling new evidence, consisting of internal documentation only just recently produced by the Immigration and Naturalization Service ("INS").

2. Because the new evidence consists of voluminous documents, it was necessary to quote extensively from these documents to allow the Court to gain a fair appreciation of their contents..

WHEREFORE, the premises considered, Plaintiff moves this Court for entry of an Order granting permission to exceed the twenty page limit set forth in Rule 7.1(C)(2).

Respectfully submitted,

JUDICIAL WATCH, INC.

Larry Klayman, Esq.
Fla. Bar No. 0246220
Paul J. Orfanedes, Esq.
(Not a Member of the Florida Bar)
501 School Street, S.W., Suite 725
Washington, DC 20024
Tel.:  (202) 646-5172
Fax.:  (202) 646-5199

Kendall Coffey, Esq.
Fla. Bar No. 259861
COFFEY, DIAS & O'NAGHTEN, L.L.P.
Suite 200 Grand Bay Plaza
2665 South Bayshore Drive
Miami, FL 33133
Tel.:  (305) 285-0800
Fax.:  (305) 285-0257

Linda Osberg-Braun, Esq.
Fla. Bar No. 0827282
Roger A. Bernstein, Esq.
Fla. Bar No. 0968714
HACKLEY, BERNSTEIN & OSBERG-
    BRAUN
2875 N.E. 191st Street, Penthouse 1B
Aventura, Florida 33180
Tel.:   (305) 692-8888
Fax.:  (305) 692-8838

Barbara Lagoa, Esq.
Fla. Bar No. 966990
Judd J. Goldberg, Esq.
Fla. Bar No. 0115924
Eliot Pedrosa, Esq.
Fla. Bar No. 0182443
GREENBERG TRAURIG
1221 Brickell Avenue
Miami, Florida 33131
Tel.:   (305) 579-0500
Fax.:  (305) 579-0717

Spencer Eig, Esq.
Fla. Bar No. 0162681
LAW OFFICES OF SPENCER EIG
420 Lincoln Road, Suite 379
Miami Beach, Florida 33139
Tel.:   (305) 672-2770
Fax.:  (305) 672-3770

Jose Garcia-Pedrosa, Esq.
Fla. Bar No. 0137115
RUDEN, MCCLOSKY, SMITH,
 SCHUSTER & RUSSELL, P.A.
701 Brickell Avenue
Miami, FL 33131
Tel.:   (305) 789-2700
Fax.:  (305) 789-2793

Co-Attorneys for Elian Gonzalez
and Lazaro Gonzalez

## CERTIFICATE OF SERVICE

I certify that on June 27, 2000 by facsimile and June 28, 2000 by hand delivery, a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR HIS EMERGENCY MOTION FOR RELIEF FROM JUDGMENT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** was served on the following:

>Dexter A. Lee, Esq.
>Assistant U.S. Attorney
>99 N.E. 4th Street
>Miami, FL 33132

>David J. Kline, Esq.
>William J. Howard, Esq.
>U.S. DEPARTMENT OF JUSTICE
>Civil Division/Office of Immigration Litigation
>Room 7016
>1331 National Place
>Washington, DC 20004

>Gregory B. Craig, Esq.
>WILLIAMS & CONNOLLY
>725 Twelfth Street, N.W.
>Washington, D.C. 20005-5901

Paul J. Orfanedes